IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN THE MATTER OF REGINA ASTON:

No. 05-MC-1008

### ORDER SETTING NON-JURY HEARING

Regina Aston appeared in this court on August 19, 2005, after her arrest upon a warrant issued when Ms. Aston failed to appear in compliance with a subpoena in the trial of U.S. vs. Serafin, et al, No. 03-CR-10104. Ms. Aston was ordered to show cause why she should not be held in contempt for failure to obey the subpoena.

At that hearing the question arose as to whether defendant was entitled to a trial by jury on the order to show cause why she should not be held in contempt. The court took the matter under advisement and reset the hearing on the order to show cause for Friday, August 26, 2005.

After researching the matter, the court concludes that Ms. Aston is not entitled to a trial by jury. Therefore, the hearing on August 26, 2005, as to whether Ms. Aston has shown cause why she should not be held in contempt will be heard by the court sitting without a jury.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

22 August 2005
DATE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on  8/23/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-MC-01008 was distributed by fax, mail, or direct printing on August 23, 2005 to the parties listed.

---

Lowe Finney
Hardee & Martin
213 East Lafayette Street
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT