

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                Case No.:  1:05-mc-1008-01-T
                                   In Re: Cr.No.:  1:03-cr-10104-T
                                   USA vs. Jerold Seay, et al

REGINA ASTON

### JUDGMENT FOR FAILURE TO APPEAR OF WITNESS

This cause came to be heard on August 23, 2005, Assistant U. S. Attorney Richard Leigh Grinalds, representing the government, and the defendant appeared in person and with counsel, Richard Lowe Finney, who was appointed and admits to the allegation of being in contempt for failure to appear as a material witness in the above referenced criminal case. After questioning the defendant, hearing statements of counsel, the Court finds that the defendant is in contempt for failure to comply with a court subpoena.

IT IS THEREFORE ORDERED that the defendant be sentenced to the custody of the Bureau of Prisons for a period of **NINETY (90) DAYS** with no further supervision.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 23 August 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/24/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-MC-01008 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Lowe Finney
Hardee & Martin
213 East Lafayette Street
Jackson, TN 38301

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT